

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00657-CV

**In re** Mary Melinda **PALACIO**, a.k.a., Melinda Palacio

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  January 24, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Mary Melinda Palacio filed a petition for writ of mandamus challenging the probate court's order precluding certain discovery in the underlying suit. The real parties in interest filed a response, to which relator filed a reply. After considering the petition, the response, and the reply, we conclude that relator is not entitled to the relief sought. Therefore, the mandamus petition is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016PC2950, styled *In the Estate of Lucio A. Palacio, Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.